UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARIO A. MANBORDE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GM MOTORS, LLC,<br><br>　　　　　　　　Defendant. | Case No. 25-10522<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING AS MOOT
DISCOVERY MOTIONS
(ECF NOS. 23, 27)**

　　　Pro se Plaintiff Mario A. Manborde moves to compel discovery from Defendant General Motors, LLC and GM moves to stay discovery until the Court rules on its motion to dismiss.  ECF No. 23; ECF No. 27.  Given the Court's recent recommendation to grant GM's motion to dismiss (ECF No. 30), the Court **DENIES** these motions as moot.

　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
Dated: October 23, 2025　　　　　United States Magistrate Judge

1

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2025.

                                                            s/Davon Allen
                                                            DAVON ALLEN
                                                            Case Manager