UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO A. MANBORDE,

      Plaintiff,

                                Case No. 25-10522

v.                             Honorable Linda V. Parker

                                Mag. Judge Elizabeth A. Stafford

GENERAL MOTORS, LLC,

      Defendant.

_____/

## **JUDGMENT**

Plaintiff commenced this lawsuit against Defendant on February 24, 2024.

On August 7, 2025, Defendant filed a motion to dismiss under FRCP 12(b)(1),

which this Court granted in an Opinion and Order on today's date.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

Date:  March 4, 2026             s/LINDA V. PARKER
                                 UNITED STATES DISTRICT JUDGE